ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Judge McMahon

------------------------------------x

UNITED STATES OF AMERICA

    - v. -

JOHNNY TERRY,
    a/k/a "Blaze,"
ALFREDO RODRIGUEZ, and
MAURICE BAPTISTE,

            Defendants.

------------------------------------x

INDICTMENT

13 Cr.

**13 CRIM 087**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 06 2013

COUNT ONE

The Grand Jury charges:

1. From at least on or about January 16, 2013, up to and including on or about January 24, 2013, in the Southern District of New York and elsewhere, JOHNNY TERRY, a/k/a "Blaze," ALFREDO RODRIGUEZ, and MAURICE BAPTISTE, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JOHNNY TERRY, a/k/a "Blaze," ALFREDO RODRIGUEZ, and MAURICE BAPTISTE, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substance involved in the offense was 5 kilograms and more of mixtures and substances containing a

detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of 21 U.S.C. § 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4.  From at least on or about January 16, 2013, up to and including on or about January 24, 2013, in the Southern District of New York and elsewhere, JOHNNY TERRY, a/k/a "Blaze," ALFREDO RODRIGUEZ, and MAURICE BAPTISTE, the defendants, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, TERRY, RODRIGUEZ, BAPTISTE, and others agreed to commit a robbery of individuals believed to be engaged in narcotics trafficking.

## OVERT ACT

5.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

    a.  On or about January 24, 2013, in the Bronx, New

York, JOHNNY TERRY, a/k/a "Blaze," ALFREDO RODRIGUEZ, and MAURICE BAPTISTE, the defendants, met with a confidential informant working at the direction of law enforcement in order to plan an armed robbery of individuals believed to be engaged in narcotics trafficking.

(Title 18, United States Code, Section 1951.)

FOREPERSON

PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JOHNNY TERRY,
a/k/a "Blaze,"
ALFREDO RODRIGUEZ, and
MAURICE BAPTISTE,

                Defendants.

---

**INDICTMENT**

13 Cr.

(21 U.S.C. § 846, 18 U.S.C. § 1951.)

---

                PREET BHARARA
              United States Attorney.

A TRUE BILL

*[signature]*

                    Foreperson.

---

*February 6, 2013*

*Filed Indictment. Case assigned to Judge McMahon.*

*Debra Freeman, U.S.M.J.*